UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| JOHN W. CHAMBERS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV-17-116-GF-BMM-JTJ |
| vs. | |
| TIMOTHY FOX, et al., | |
| Defendants. | |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

    Dated this 26th day of June, 2018.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ T. Gesh
                                  T. Gesh, Deputy Clerk